IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 2:25-cr-90-RAH-CWB-3 |
| ) | |
| KAREN MAGDALENA ESPINOZA RANGEL ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, Karen Magdalena Espinoza Rangel has by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count 1 of the Felony Information (Doc. 126). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 30th day of July 2025.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.